William Ziogas, appellee, v. Paul Gegznas, appellant. Gen. No. 35,655.

May 17, 1932.

Theodore A. Spence, for appellant. Leslie A. Kohn, for appellee; Mortimer A. Rothstein, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.